UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN ELIZABETH TARR, on behalf of herself and all others similarly situated,

                Plaintiffs,

            -against-

Stubhub, Inc.,

                Defendant.

Case No: 1:24-cv-03697-VSB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, Stubhub, Inc., shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York                San Francisco, California
          August 21, 2024                   August 21, 2024

**MARS KHAIMOV LAW, PLLC**           **O'MELVENY & MYERS LLP**

By: _/s/_                                        By: _/s/_

Mars Khaimov, Esq.                  Adam P. KohSweeney, Esq.
100 Duffy Ave., Suite 510           Two Embarcadero Center Drive
Hicksville, NY 11801                San Fransisco, CA 94111
mars@khaimovlaw.com            akohsweeney@omm.com
*Attorneys for Plaintiff*               *Attorneys for Defendant*

**SO ORDERED:** 8/22/2024

_/s/ Vernon Broderick_
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE